1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 DAVID WHITNEY,      Case No. 18-cv-06020-SVK
8          Plaintiff,
9     v.      **JUDGMENT**
10 JPMORGAN CHASE BANK, N.A.,
11          Defendant.
12
13      The Court has dismissed the complaint without leave to amend as barred by the doctrine of
14 res judicata. Judgment is entered accordingly.
15      **SO ORDERED.**
16 Dated: January 4, 2019
17
18 _____
19 SUSAN VAN KEULEN
    United States Magistrate Judge
20
21
22
23
24
25
26
27
28